| | | |
|---|---|---|
| PAMELA ANN BURRAGE<br>4524 HWY 39 N<br>APT C64<br>MERIDIAN, MS 39301 | DIVERSIFIED ADJUSTMENT<br>ATTN: BANKRUPCTY<br>PO BOX 32145<br>FRIDLEY, MN 55432 | SINGING RIVER FCU<br>6006 HIGHWAY 63<br>MOSS POINT, MS 39563 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | DR JENNIFER AVARA LOTT<br>2407 N HILLS ST<br>MERIDIAN, MS 39305 | SOUTHERN PAIN ASSOC<br>PO BOX 720664<br>NORMAN, OK 73070 |
| ASSOCIATED PATHOLOGIST<br>P.O. BOX 740858<br>CINCINNATI, OH 45274 | JANUARY TECHNOLOGIES<br>176 GRAND ST, 4TH FL<br>NEW YORK, NY 10013-9998 | TOWER LOAN<br>ATTN: BANKRUPTCY<br>PO BOX 320001<br>FLOWOOD, MS 39232 |
| BAPTIST MEMORIAL HOSP<br>P.O. BOX 745336<br>ATLANTA, GA 30384-5336 | MERRICK BANK<br>P.O. BOX 9201<br>OLD BETHPAGE, NY 11804 | TOWN FINANCE<br>107 22ND AVE S<br>MERIDIAN, MS 39301 |
| BAPTIST MEMORIAL HOSP<br>6019 WALNUT GROVE ROAD<br>MEMPHIS, TN 38120 | MERRICK BANK CORP<br>PO BOX 9201<br>OLD BETHPAGE, NY 11804 | TYSHONDA BURRAGE<br>4524 HWY 39 N<br>MERIDIAN, MS 39301 |
| BLUE HOUSE RENTALS<br>PO BOX 5117<br>SOUTH FULTON, TN 38257 | MIDLAND CREDIT<br>PO BOX 13105<br>ROANOKE, VA 24031-3105 | WILKINSON LAW FIRM<br>51 KEYWOOD CIRCLE<br>FLOWOOD, MS 39232 |
| CASHAPP<br>1955 BROADWAY, SUITE 6<br>OAKLAND, CA 94612 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON, MS 39225-2808 | |
| COVINGTON CREDIT<br>ATTN: BANKRUPTCY<br>P.O.BOX 1947<br>GREENVILLE, SC 29602 | MS STATE UNIV<br>P.O. BOX 5268<br>MS 9702<br>MISSISSIPPI S, MS 39762 | |
| CREDIT ONE<br>PO BOX 98872<br>LAS VEGAS, NV 89193 | REPUBLIC FINANCE<br>ATTN: BANKRUPTCY<br>7031 COMMERCE PL<br>BATON ROUGE, LA 70809 | |