United States Bankruptcy Court

Southern District of Mississippi

In re:

Pamela Ann Burrage

Debtor

Case No. 25-03062-KMS

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 24, 2026 | Form ID: 318 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela Ann Burrage, 4524 Hwy 39 N, Apt C64, Meridian, MS 39301-1045 |
| 5596487 | + | Associated Pathologist, P.O. Box 740858, Cincinnati, OH 45274-0858 |
| 5596488 | | Baptist Memorial Hosp, P.O. Box 745336, Atlanta, GA 30384-5336 |
| 5596495 | + | Dr Jennifer Avara Lott, 2407 N Hills St, Meridian, MS 39305-2636 |
| 5596501 | + | MS State Univ, P.O. Box 5268, MS 9702, Mississippi S, MS 39762-5268 |
| 5596504 | + | Southern Pain Assoc, PO Box 720664, Norman, OK 73070-4504 |
| 5596506 | + | Town Finance, 107 22nd Ave S, Meridian, MS 39301-5944 |
| 5596507 | + | Tyshonda Burrage, 4524 Hwy 39 N, Meridian, MS 39301-1040 |
| 5596508 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Mar 24 2026 23:41:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5596489 | ^ | MEBN | Mar 24 2026 19:46:23 | Baptist Memorial Hosp, 6019 Walnut Grove Road, Memphis, TN 38120-2113 |
| 5596490 | ^ | MEBN | Mar 24 2026 19:46:47 | Blue House Rentals, PO Box 5117, South Fulton, TN 38257-0117 |
| 5596491 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | Mar 24 2026 19:51:00 | CashApp, 1955 Broadway, Suite 6, Oakland, CA 94612-2205 |
| 5596492 | + | Email/Text: bankruptcy@curo.com | Mar 24 2026 19:51:00 | Covington Credit, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5596493 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 24 2026 19:54:43 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5596494 | ^ | MEBN | Mar 24 2026 19:46:52 | Diversified Adjustment, Attn: Bankrupcty, Po Box 32145, Fridley, MN 55432-0145 |
| 5596496 | ^ | MEBN | Mar 24 2026 19:47:42 | January Technologies, 176 Grand St, 4th Fl, New York, NY 10013-3786 |
| 5598985 | ^ | MEBN | Mar 24 2026 19:47:10 | Joseph Todd McDaniel, For First Tower Loan, LLC, d/b/a, Tower Loan of Meridian,, PO Box 320001, Flowood, MS 39232-0001 |
| 5596500 | | EDI: MSDOR | Mar 24 2026 23:41:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5596497 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 24 2026 19:54:34 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5596499 | | Email/Text: bankruptcydpt@mcmcg.com | Mar 24 2026 19:51:00 | Midland Credit, PO Box 13105, Roanoke, VA 24031-3105 |

District/off: 0538-3        User: admin        Page 2 of 2

Date Rcvd: Mar 24, 2026        Form ID: 318        Total Noticed: 24

| 5596502 | Email/Text: bankruptcy@republicfinance.com | | |
| | | Mar 24 2026 19:51:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Pl, Baton Rouge, LA 70809 |
| 5596503 | + Email/Text: lynn.simmers@srfcu.org | | |
| | | Mar 24 2026 19:51:00 | Singing River FCU, 6006 Highway 63, Moss Point, MS 39563-9534 |
| 5596505 | Email/Text: bankruptcy@towerloan.com | | |
| | | Mar 24 2026 19:51:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | First Tower Loan, LLC, d/b/a Tower Loan of Meridi |
| 5596498 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026        Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Joseph Todd McDaniel | on behalf of Creditor First Tower Loan LLC, d/b/a Tower Loan of Meridian jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Pamela Ann Burrage trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

| | | | |
|---|---|---|---|
| *Information to identify the case:* | | | |
| Debtor 1 | **Pamela Ann Burrage** | Social Security number or ITIN | **xxx–xx–4067** |
| | First Name    Middle Name    Last Name | EIN | _ _ _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _ _ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **25–03062–KMS**

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Pamela Ann Burrage**

Dated: 3/24/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318 **Order of Discharge** page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2